JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG MAXWELL,<br><br>Plaintiff,<br><br>-vs-<br><br>THE PENTAGON FEDERAL CREDIT UNION FOUNDATION, EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC, AND DOES 1-10 inclusive,<br><br>Defendants. | CASE NO.<br><br>2:25-cv-01963-CBM-JPR<br><br>**ORDER TO DISMISS [28]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, without prejudice as to Defendant EQUIFAX INFORMATION SERVICES LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: September 8, 2025



CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE